Order issued November 12, 2012



In The
## Court of Appeals
For The
## First District of Texas

———————————

NO. 01-12-00510-CV

———————————

## GWEN S. HENDERSON, RAVEN PITRE AND CHRISTINE S. WILLIE, Appellant

V.

## JOHN RICHARD SHANKS AND CARBETT DUHON, III, Appellee

———————————

On Appeal from Co Civil Ct at Law No 1
Harris County, Texas
Trial Court Cause No. 401492401

———————————

# MEMORANDUM ORDER

This case is related to the following cases previously filed in the Court of Appeals for the Fourteenth District of Texas: *In re Christine S. Willie*, 14-12-00109-CV, *In re Gwen Stribling Henderson, Raven A. Pitre and Christine S. Willie*, 14-12-00843-CV and *In re Joseph R. Willie, II*, No. 14-12-00993-CV. Pursuant to this Court's Local Rule 1.5, this case is transferred to the Fourteenth Court. The Clerk of this Court shall send to the Clerk of the Fourteenth Court: (1) the

clerk's record and reporter's record, if any; (2) all documents filed in this case; and (3) certified copies of all orders, judgments, and opinions from this Court, if any. The clerk shall keep the original of all orders, judgments, and opinions of this court.

/s/ Sherry Radack
Chief Justice Sherry Radack
Acting Individually

2